# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLEMING O/B/O ACCURATE
MEDICAL BILLING, LLC

VERSUS

OMOBOWALE JARROW O/B/O
ACCURATE CARE, LLC

NO.  2026 CW 0229

**APRIL 8, 2026**

---

In Re:  Omobowale Jarrow, Accurate Care, LLC, and Clear Minds
Behavioral Health, LLC, applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 740511.

---

**BEFORE:  THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT DISMISSED.**  Pursuant to correspondence from relators'
counsel advising that the issues in the writ application have been
satisfactorily resolved, which now renders the application moot,
this writ is dismissed.

                         **MRT**
                         **KEB**
                         **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.